**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carlos Eduardo MATA–RAMIREZ,
Defendant–Appellant.**

No. 03–21010.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 17, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, Mark Michael Dowd, U.S. Attorney's Office, Southern District of Texas, Brownsville, TX, for Plaintiff–Appellee.

Carlos Eduardo Mata–Ramirez, Big Spring, TX, pro se.

Before REAVLEY, WIENER, and BENAVIDES, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM *:

The Supreme Court has vacated our previous judgment to have the appeal reconsidered in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

We see no *Booker* issue. The definition of "dangerous weapon" in the supervised release condition is simply a legal question. And *Apprendi* remains foreclosed by *Almendarez–Torres.*

The conviction and sentence of the district court are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.